**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7529**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

     v.

CHRISTOPHER RAPHAEL WOODBERRY,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:02-cr-00040-TLW-1)

———————

Submitted:  March 15, 2012        Decided:  March 19, 2012

———————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher Raphael Woodberry, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Raphael Woodberry appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woodberry, No. 4:02-cr-00040-TLW-1 (D.S.C. filed Oct. 31, 2011 & entered Nov. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED